NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YOLANDA S. GEIREN,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2011-3163

---

Petition for review of the Merit Systems Protection Board in case no. CH0752100958-I-1.

---

**ON MOTION**

---

**O R D E R**

Yolanda S. Geiren moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 27 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Yolanda S. Geiren
     Jeanne E. Davidson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 27 2011

**JAN HORBALY**
**CLERK**